UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DENNIS HAMILTON, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>LAKE COUNTY, INDIANA, et al., )<br>)<br>Defendants ) | CAUSE NO. 2:14-CV-133 RM |

O R D E R

The plaintiff having filed no objection to Magistrate Judge John E. Martin's Report and Recommendation issued October 31, 2014, the court ACCEPTS the recommendation that this action be dismissed based on Mr. Hamilton's failure to appear at various conferences and prosecute his case. The court now DISMISSES Mr. Hamilton's complaint without prejudice and, with the agreement of the defendants, DISMISSES the counterclaim without prejudice.

SO ORDERED.

ENTERED:   November 21, 2014

/s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Chief Judge
United States District Court